Michael R. Gonzales, SBN 261302
Brice, Vander Linden & Wernick, P.C.
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: (562) 983-5365
Fax: (562) 983-5365
Michael.Gonzales@bvwlaw.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Tara Inden<br><br>　　　　　　　　　Debtor, | Case No. 2:12-bk-39839-VZ<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><u>341(a) Meeting of Creditors</u>:<br>Date:　October 9, 2012<br>Time:　1:00 p.m.<br>Place:　725 S Figueroa St, RM 103<br>　　　　Los Angeles, CA 90017<br><br><u>Confirmation Hearing</u>:<br>Date:　August 5, 2013<br>Time:　9:00 a.m.<br>Place:　Courtroom 1368<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

　　OneWest Bank, FSB ("Secured Creditor") hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan. Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

1.  **Secured Creditor's claim relating to the Property:** At the time of the bankruptcy petition filing, Secured Creditor's claim was in the approximate amount of $851,572.57, including arrearage in the approximate amount of $154,276.40. Secured Creditor's claim is secured by the real property commonly known as 8353 Yucca Trail, Los Angeles, California 90046 (the "Property"). Secured Creditor is in the process of preparing its Proof of Claim and will file it on or before the Proof of Claim filing deadline of January 7, 2013.

2.  **Pursuant to 11 U.S.C. §1322(b)(5), the plan fails to provide for the curing of the default on Secured Creditor's claim.** According to the plan, Debtor has provided for the arrears in the amount of $126,955.66. However, the arrearage on Secured Creditor's claim is in the amount $154,276.40—Debtor fails to provide for the curing of the remaining default of $27,320.74. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1322(b)(5).

3.  **Pursuant to 11 U.S.C. §1325(a)(6), the Plan fails to provide how Debtor will be able to make all payments under the Plan and to comply with the Plan.** According to the plan, Debtor will make monthly payments of $2,404.18 for 60 months to the Trustee for a base plan amount of $144,250.80. However, according to the Debtor's Schedules, Debtor has a monthly net income of <u>only</u> $2,407.40—this amount will be insufficient to fund the plan once the arrears on Secured Creditor's claim, an additional $27,320.74, is fully provided for. Secured Creditor has satisfied its grounds for objection under 11 U.S.C. §1325(a)(6).

CONCLUSION

Any Chapter 13 Plan proposed by Debtor must provide for Secured Creditor's claim and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtor's proposed Chapter 13 Plan be denied and the case be dismissed.

**WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied with prejudice and the case be dismissed; or, in the alternative,

2. Debtor's Plan be amended in accordance with this Objection.

///

1  3. For other such relief as the Court deems just and proper.

2  Dated: October 8, 2012                                  Respectfully Submitted,

3                                                          Brice, Vander Linden & Wernick, P.C.
                                                    By:   */s/ Michael R. Gonzales*
4                                                          MICHAEL R. GONZALES
5                                                          Attorney for Secured Creditor

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9441 LBJ Freeway, Suite 250
Dallas, TX 75243

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/8/2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee*
ustpregion16.la.ecf@usdoj.gov

*Trustee*
Nancy K. Curry
ecfnc@trustee13.com

*Debtor's Attorney*
Christine A Wilton
attorneychristine@gmail.com

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On **10/8/2012**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Bankruptcy Court*
Honorable Vincent P. Zurzolo
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

*Debtor*
Tara Inden
8353 Yucca Trail
Los Angeles, CA 90046-1955

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following person(s) and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, overnight mail service, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/8/2012 | Darren May | */s/ Darren May* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |