Nancy Curry, Chapter 13 Standing Trustee
700 South Flower Street, Suite 1215
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re<br><br>INDEN, TARA<br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:12-bk-39839-VZ<br><br>**TRUSTEE'S OBJECTION TO CONFIRMATION**<br>**0% PLAN; DECLARATION; NOTICE OF POSSIBLE**<br>**DISMISSAL OR CONVERSION**<br><br>**DATE/TIME: August 5, 2013 09:00 AM**<br>**Courtroom 1368**<br>**255 East Temple Street**<br>**Los Angeles, CA 90012** |

The Trustee objects to confirmation of the plan because all requirements for confirmation as set forth in Title 11 of the United States Code and the Rules have not been met.

The Trustee requests, should all requirements not be met, that confirmation of the plan be denied, the case be dismissed or converted to Chapter 7 and for such other relief as the Court may deem appropriate.

**THE FAILURE OF THE DEBTOR (OR THE ATTORNEY FOR THE DEBTOR) TO APPEAR AT THE CONFIRMATION HEARING, OR TO FULLY COMPLY WITH ALL REQUIREMENTS FOR PLAN CONFIRMATION, MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.**

**All required documentation is to be delivered to the Trustee no later than 14 days before the above scheduled hearing date.**

**THE DEBTOR HAS A DUTY TO COOPERATE WITH THE TRUSTEE. See 11 USC §521(a)(3) and FRBP 4002.**

DATED: December 13, 2012                                                                                              /s/ Nancy Curry

   I, Nancy Curry, declare as follows:

1. I am the Trustee in this matter, INDEN, TARA , LA 2:12-bk-39839-VZ, and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to confirmation of the proposed plan because of the deficiencies set forth in the attached which is incorporated herein by reference. These deficiencies existed prior to or at the time of the 11 USC §341(a) meeting in this matter.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed at Los Angeles, California on December 13, 2012                    /s/Nancy Curry

P:\TrusteeSys\DCWDocs\TE OBJ TO CNF                                                                                              REV 09/22/11

2:12-bk-39839-VZ          INDEN, TARA

The debtor is represented by CHRISTINE A. WILTON    The Chapter 13 petition was filed on August 31, 2012.  The debtor was examined on December 11, 2012 pursuant to 11 USC § 341(a). I object to confirmation of the proposed 0% plan because the **Debtor has failed to:**

☐ schedule debts within the limits of 11 USC §109(e); and is therefore **ineligible**

☐ **disclose** [11 USC §521, LBR 1015-2(b)]
  ☐ assets    ☐ creditors    ☐ income    ☐ prior case    ☐ Transfer

☐ **serve all** creditors with notice and the Plan at least 28 days before the 11 USC §341(a) Meeting of Creditors, FRBP 2002(b), 7004 and LBR 3015-1(b)(3);

☐ provide the Trustee **documentation of all income** (as well as any contributor's income) seven days before the §341(a) Meeting of Creditors.  LBR 3015-1(c)(3), 11 USC §521;

☐ meet the **business reporting requirements** regarding debtor's business or self employment, LBR 3015-1(c)(4);

☒ provide to the Trustee complete copies of the Federal and State **income tax returns**, 11 USC §§1308 and 521, LBR 3015-1(c)(3).
  **2012.**

☐ propose a plan that provides creditors as much as would be received under **Chapter 7** 11 USC §1325(a)(4).

The plan    ☒ is **infeasible** 11 USC §1325(a)(6); because
  ☒ certain claims are not included and/or the amount provided is  insufficient
  ☐ income is not sufficient enough to fund it   **OneWest ($54k)**
  ☐ plan payment will not  retire debt within term

  ☐ does not represent the Debtor's **best effort** 11 USC §1325(b)(1)(B);
    ☐ unreasonable and/or unnecessary expenses are scheduled
    ☐ the budget surplus exceeds the monthly plan payment
    ☐ excessive income tax is being withheld

☐ Miscellaneous


**Omid Moezzi.**


December 13, 2012

# PROOF OF SERVICE OF DOCUMENT

In Re:  INDEN, TARA
Case No. LA 2:12-bk-39839-VZ

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:    NANCY CURRY, CHAPTER 13 TRUSTEE
700 S. FLOWER STREET, SUITE 1215
LOS ANGELES, CA  90017

The foregoing document described as **TRUSTEE'S OBJECTION TO CONFIRMATION; NOTICE OF POSSIBLE DISMISSAL OR CONVERSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 13, 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
INDEN, TARA

8353 YUCCA TRAIL
LOS ANGELES, CA 90046

**Attorney for Debtor**

CHRISTINE A. WILTON
LAW OFFICE OF CHRISTINE A. WILTON
4067 HARDWICK ST., #335, LAKEWOOD CA

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 13, 2012           Carlos Robles           /s/ Carlos Robles
Date                        Type Name                Signature


INDEN, TARA

8353 YUCCA TRAIL
LOS ANGELES, CA 90046

CHRISTINE A. WILTON
LAW OFFICE OF CHRISTINE A. WILTON
4067 HARDWICK ST., #335, LAKEWOOD CA